AO 442 (Rev. 01/09) Arrest Warrant                                                             11556575

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM 8:46
RECEIVED MAY 24 '23

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00153 |
|  | ) Assigned to: Judge Meriweather, Robin M. |
| SAI VARSHITH KANDULA | ) Assign Date: 5/23/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| *Defendant* |  |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    SAI VARSHITH KANDULA,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1361 - Depredation of Government Property in excess of $1,000.

Date: 05/23/2023

                                                                    2023.05.23
                                                                    16:38:22 -04'00'
                                                                    *Issuing officer's signature*

City and state: Washington, DC                Robin M. Meriweather, U.S. Magistrate Judge
                                                                    *Printed name and title*

### Return

This warrant was received on *(date)* 5/24/2023, and the person was arrested on *(date)* 5/24/2023
at *(city and state)* DC DC

Date: 5/24/2023                                    Teja M
                                                                    *Arresting officer's signature*

                                                                    Treju M  DUSM
                                                                    *Printed name and title*